1  **CLARK & TREVITHICK**
   Michele B. Friend (SBN: 203865)
2  mfriend@ClarkTrev.com
   800 Wilshire Boulevard, 12th Floor
3  Los Angeles, CA 90017
   Telephone: (213) 629-5700
4  Facsimile: (213) 624-9441

5  **O'REILLY RANCILIO, P.C.**
   Joseph N. Ejbeh, *Pro Hac Vice*
6  jejbeh@orlaw.com
   12900 Hall Road, Suite 350
7  Sterling Heights, MI 48313
   Telephone: (586) 726-1000
8  Facsimile: (586) 726-1560

9  *Attorneys for Defendant*
   *Healthy Halo Insurance Services, Inc.*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH FORD JR., individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY HALO INSURANCE SERVICES, INC., a California corporation,<br><br>Defendant. | CASE NO 2:19-cv-01565-ODW (ADSx)<br><br>**NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS**<br><br>Date Filed:   March 4, 2019<br>Trial Date:   None Set |

2413279.1 (18930.002)

ANSWER AND AFFIRMATIVE DEFENSES OF HEALTHY HALO INSURANCE SERVICES, INC.

1  Defendant Healthy Halo Insurance Services, Inc., by and through its attorneys,
2  Clark & Trevithick and O'Reilly Rancilio, P.C., submits this Notice of Settlement to
3  inform the Court that this action has settled, on an individual basis, and to respectfully
4  request that all pending deadlines and hearings be vacated, with a deadline for
5  Plaintiff to file necessary dismissal papers by June 10, 2019.

DATED: May 9, 2019  Respectfully submitted,

CLARK & TREVITHICK

By:     /s/ Michele B. Friend
Michele B. Friend
Attorneys for Defendant Healthy Halo
Insurance Services, Inc. d/b/a
Buyhealthinsurance.com Insurance
Services

O'REILLY RANCILIO, P.C.

By:     /s/ Joseph N. Ejbeh
Joseph N. Ejbeh
Attorneys for Defendant Healthy Halo
Insurance Services, Inc. d/b/a
Buyhealthinsurance.com Insurance
Services



2413279.1 (18930.002)

2

NOTICE OF SETTLEMENT

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is 800 Wilshire Blvd., 12th Floor, Los Angeles, CA 90017.

On May 9, 2019, I served true copies of the following document(s) described as **NOTICE OF SETTLEMENT ON AN INDIVIDUAL BASIS** on interested parties in this action as follows:

| | |
|---|---|
| Rachel E. Kaufman, Esq.<br>Kaufman, P.A.<br>400 N.W. 26th Street<br>Miami, FL 33127 | Avi Kaufman, Esq.<br>Kaufman, P.A.<br>400 N.W. 26th Street<br>Miami, FL 33127 |
| Amanda F. Benedict, Esq.<br>Law Office of Amanda F. Benedict<br>7710 Hazard Center Drive, Suite E-104<br>San Diego, CA 92108 | Afshin Siman, Esq.<br>Law Office of Afshin Siman<br>11040 Santa Monica Blvd., Suite 212<br>Los Angeles, CA 90025 |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on May 9, 2019, at Los Angeles, California.

*Julie J. Thomas*
Julie J. Thomas

2413279.1 (18930.002)

3

NOTICE OF SETTLEMENT