Rachel E. Kaufman (CA Bar No. 259353)
rachel@kaufmanpa.com
Avi R. Kaufman (*Pro hac vice*)
kaufman@kaufmanpa.com
KAUFMAN P.A.
400 NW 26th Street
Miami, FL 33127
Telephone: (305) 469-5881
*Attorneys for Plaintiff Joseph Ford, Jr.*
(Additional counsel appearing on signature page)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSEPH FORD, JR.,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**HEALTHY HALO INSURANCE SERVICES, INC.,** a California corporation,<br><br>*Defendant*. | Case No. 2:19-cv-01565-ODW(JEMx)<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii), with Defendant's agreement, Plaintiff Joseph Ford, Jr. hereby dismisses this action against Defendant Healthy Halo Insurance Services, Inc. without prejudice with each party to bear its own attorneys' fees and costs.

Respectfully Submitted,

Dated: June 10, 2019        By: */s/ Rachel E. Kaufman*
                                                Rachel E. Kaufman

| | |
|---|---|
| 1 | rachel@kaufmanpa.com |
| 2 | Avi R. Kaufman |
| | kaufman@kaufmanpa.com |
| 3 | KAUFMAN P.A. |
| 4 | 400 NW 26th Street |
| | Miami, FL 33127 |
| 5 | Telephone: (305) 469-5881 |
| 6 | |
| 7 | Afshin Siman |
| | Law Office of Afshin Siman |
| 8 | 11040 Santa Monica Blvd., Suite 212 |
| | Los Angeles, CA 90025 |
| 9 | Telephone: 310-254-7339 |
| 10 | Afshinsiman@gmail.com |
| 11 | *Attorneys for Plaintiff and the putative Classes* |

Notice of Dismissal, Case No. 2:19-cv-01565-ODW(JEMx)
-2-